IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILFORD LYN HOLLOWAY, ) <br> AIS# 232321, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> J.C. GILES, *et al.*, ) <br> ) <br> Respondents. ) | CASE NO. 3:11-CV-436-WKW |

## **ORDER**

On April 22, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 53) regarding Willford Lyn Holloway's petition under 28 U.S.C. § 2254 (Doc. # 1). No party objected. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 53) is ADOPTED;

2. Petitioner Holloway's 28 U.S.C. § 2254 motion is DENIED.

An appropriate judgment will be entered.

DONE this 14th day of May, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE